IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  2:11-cr-04047-FJG-1 |
| | ) | |
| David Riley Burke, | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge William A. Knox (Doc. #27 filed on March 20, 2012), to which no objection has been filed, the plea of guilty to Counts 1 through 4 of the Superseding Indictment which was filed on November 3, 2011, is now accepted.  Defendant is adjudged guilty of such offense(s).   Sentencing will be set by subsequent order of the court.


                                 */s/ Fernando J. Gaitan, Jr.*
                                 Fernando J. Gaitan, Jr.
                                 Chief United States District Judge

Dated:  April 16, 2012
Kansas City, Missouri